# United States District Court

Eastern District of Kentucky
FILED
AUG 8, 2005
JAMES B. TODD
U.S. MAGISTRATE JUDGE

EASTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA
V.
JEFFREY HARDY, and
GARY DEAN ROGERS

Eastern District of Kentucky
FILED
AUG 0 9 2005
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**CRIMINAL COMPLAINT**

**CASE NUMBER:** 05- 5137-M

**I, Rick Johnson, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 4, 2005, in Madison County, Kentucky, and elsewhere in the Eastern District of Kentucky, the defendants did,** knowingly and intentionally conspire to manufacture methamphetamine, a Schedule II controlled substance.

**in violation of Title 21 United States Code, Section(s) 846 & 841(a)(1).**

**I further state that I am a DEA, Task Force Officer and that this complaint is based on the following facts:**

See Attached Affidavit of Rick A. Johnson

**Continued on attached sheet and made a part hereof: X Yes __ No**

[signature]
**Signature of Complainant**

**Sworn to before me and subscribed in my presence,**

August 8, 2005
**Date**

at Lexington, Kentucky
**City and State**

JAMES B. TODD, MAGISTRATE JUDGE
**Name and Title of Judicial Officer**

[signature]
**Signature of Judicial Officer**